■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK THOMPSON, Appellant. [1 NYS3d 861]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 10, 2012 (*People v Thompson*, 99 AD3d 819 [2012]), affirming a judgment of the Supreme Court, Queens County, rendered May 19, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Leventhal, Chambers and Maltese, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JONATHAN I. EDELSTEIN, on Behalf of JOHN ANIANO, Petitioner, v WARDEN, NASSAU COUNTY CORRECTIONAL FACILITY, Respondent. [1 NYS3d 869]—Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County docket Nos. 2015NA000921 and 2015NA000922.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination, of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Skelos, J.P., Roman, Hinds-Radix and LaSalle, JJ., concur.